**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| SHARON COLEMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-01706 |
| v. ) | |
| ) | Hon. Jorge L. Alonso |
| DAVOL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF AGREED STIPULATION TO STAY ALL PROCEEDINGS
PENDING JPML APPROVAL OF PROPOSED MULTIDISTRICT
LITIGATION AND TRANSFER OF CASE**

**TO:** Paul O. Otubusin
Otubusin & Associates, P.C.
77 West Washington Street, Suite 1204
Chicago, IL 60602
drotubusin@otubusinlaw.com

**PLEASE TAKE NOTICE** that on **April 26, 2016** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. Jorge Alonso in the Everett McKinley Dirksen United States Courthouse and shall then and there present **STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING JPML APPROVAL OF PROPOSED MULTIDISTRICT LITIGATION AND TRANSFER OF CASE,** a copy of which has been served upon you.

Dated: April 20, 2018

Respectfully submitted,

/s/ Maryanne C. Woo_____
Maryanne C. Woo (ARDC #6270844)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
*Counsel for Defendant Davol Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Maryanne C. Woo, certify that on April 20, 2018, the **NOTICE OF AGREED STIPULATION TO STAY ALL PROCEEDINGS PENDING JPML APPROVAL OF PROPOSED MULTIDISTRICT  LITIGATION AND TRANSFER OF CASE** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such to:

> Paul O. Otubusin
> Otubusin & Associates, P.C.
> 77 West Washington Street, Suite 1204
> Chicago, IL 60602
> drotubusin@otubusinlaw.com


> /s/ Maryanne C. Woo_____
> Maryanne C. Woo (ARDC #6270844)
> REED SMITH LLP
> 10 South Wacker Drive, 40th Floor
> Chicago, IL 60606-7507
> Telephone: (312) 207-1000
> Facsimile:  (312) 207-6400
> *Counsel for Defendant Davol Inc.*