UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Coleman v. Davol, Inc. et al.*,
Case No. 2:18-cv-781

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Plaintiff. (Doc. 32; *see also* Case No. 2:18-md-2846, Doc. 881 (filed on Mar. 26, 2025)). Defendants did not file a response to the Motion, and the time to do so has passed.

Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Hareder McDowell was appointed the administrator of her estate. (Doc. 32-1). Plaintiff now moves for the substitution of Hareder McDowell as the proper plaintiff. (Doc. 32). Plaintiff's unopposed Motion to substitute is **GRANTED**. The Clerk is directed to substitute Hareder McDowell, Administrator of the Estate of Sharon Coleman, as Plaintiff in place of Sharon Coleman.

IT IS SO ORDERED.

Date: April 17, 2025 /s/ Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE